

P.O. Box 2000 • 709 So. Old Missouri Rd.
Springdale, AR 72765-2000
(479) 751-8824
Fax: (479) 751-7780

March 18, 2016

To Whom This Concerns:

Julian Rivera applied for the Automotive Service Technology from for the 2013/2014 school year at Northwest Technical Institute. Julian turned in all admissions documents, and did make the minimum scores on the Compass Reading, Compass Writing, and Compass Pre-Algebra exams. The Automotive Service Technology program at NTI is very competition. Each year we have around 60-80 applicants, and only 20 students are accepted into the program.

Julian was not accepted for the Automotive Program for the 2013/2014 school year. However, he did interview for the program.

Please contact me if you have any questions.

Nicholas Ryburn, M.Ed
Director of Student Services
Northwest Technical Institute
709 S Old Missouri Rd
Springdale, AR 72764
479 751 8824 ex 240



DEFENDANT'S EXHIBIT A

Arkansas Department of Career Education • An equal opportunity employer • www.nwti.edu