IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                      **PLAINTIFF**

**V.**                       **CASE NO. 5:15-CR-50061**

**JULIAN RIVERA**                       **DEFENDANT**

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 59) of Chief United States Magistrate Judge Erin L. Wiedemann, filed on May 28, 2020. The time to object has now passed, and no objections were filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 59) is **ADOPTED IN ITS ENTIRETY**, and Defendant's Motion to Vacate pursuant to 28 U.S.C. § 2255 (Doc. 52) is **DENIED**.

**IT IS SO ORDERED** on this 17th day of June, 2020.

                                     /s/ Timothy L. Brooks
                                     TIMOTHY L. BROOKS
                                     UNITED STATES DISTRICT JUDGE